| AO 10<br>Rev. 1/2013 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2012** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Latta, Jennie D. | 2. Court or Organization<br><br>W.D. Tennessee | 3. Date of Report<br><br>05/08/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U.S. Bankrutpcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>United States Bankruptcy Court<br>200 Jefferson Avenue, Suite 65<br>Memphis, TN 38103 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Family Trust |
| 2. | Member | Saint Thomas More Catholic Lawyers Guild of West Tennessee |
| 3. | Director | Oblates of Saint Meinrad Archabbey |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Latta, Jennie D. | 05/08/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Fall, 2012 | Cecil C. Humphreys School of Law, University of Memphis, teaching income | $2,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Earned income; self-employed licensed professional counselor |
| 2. 2012 | Earned income; Catholic Diocese of Memphis |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Latta, Jennie D. | 05/08/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Northwestern Mutual | loan against life insurance policy | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Latta, Jennie D. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard IRA | A | Dividend | K | T | | | | | |
| 2. -Target Retirement 2025 | | | | | | | | | |
| 3. -Emerging Markets Stock Index | | | | | Buy (add'l) | 01/31/12 | J | | |
| 4. -Emerging Markets Stock Index | | | | | Buy (add'l) | 02/29/12 | J | | |
| 5. -Emerging Markets Stock Index | | | | | Buy (add'l) | 03/30/12 | J | | |
| 6. -Emerging Markets Stock Index | | | | | Buy (add'l) | 04/30/12 | J | | |
| 7. -Emerging Markets Stock Index | | | | | Buy (add'l) | 05/31/12 | J | | |
| 8. -Emerging Markets Stock Index | | | | | Buy (add'l) | 06/29/12 | J | | |
| 9. -Emerging Markets Stock Index | | | | | Buy (add'l) | 07/31/12 | J | | |
| 10. -Emerging Markets Stock Index | | | | | Buy (add'l) | 08/31/12 | J | | |
| 11. -Emerging Markets Stock Index | | | | | Buy (add'l) | 09/28/12 | J | | |
| 12. -Emerging Markets Stock Index | | | | | Buy (add'l) | 10/31/12 | J | | |
| 13. -Emerging Markets Stock Index | | | | | Buy (add'l) | 11/30/12 | J | | |
| 14. -Emerging Markets Stock Index | | | | | Buy (add'l) | 12/31/12 | J | | |
| 15. Morgan Keegan (brokerage accounts) | | | | | | | | | |
| 16. -American Funds Washington Mutual (Acct. #3) | A | Dividend | J | T | | | | | |
| 17. - American Funds Washington Mutual (Acct. # 4) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Latta, Jennie D. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -American Funds Washington Mutual (Acct. # 5) | A | Dividend | J | T | | | | | |
| 19. -American Funds Washington Mutual | | | | | Buy (add'l) | 01/20/12 | J | | |
| 20. -American Funds Washington Mutual | | | | | Buy (add'l) | 02/17/12 | J | | |
| 21. -American Funds Washington Mutual | | | | | Buy (add'l) | 03/16/12 | J | | |
| 22. -American Funds Washington Mutual | | | | | Buy (add'l) | 04/20/12 | J | | |
| 23. -American Funds Washington Mutual | | | | | Buy (add'l) | 05/18/12 | J | | |
| 24. -American Funds Washington Mutual | | | | | Buy (add'l) | 06/22/12 | J | | |
| 25. -American Funds Washington Mutual | | | | | Buy (add'l) | 07/20/12 | J | | |
| 26. -American Funds Washington Mutual | | | | | Buy (add'l) | 08/17/12 | J | | |
| 27. -American Funds Washington Mutual | | | | | Buy (add'l) | 09/21/12 | J | | |
| 28. -American Funds Washington Mutual | | | | | Buy (add'l) | 10/19/12 | J | | |
| 29. -American Funds Washington Mutual | | | | | Buy (add'l) | 11/16/12 | J | | |
| 30. -American Funds Washington Mutual | | | | | Buy (add'l) | 12/21/12 | J | | |
| 31. - American Funds Washington Mutual (Acct. #6) | A | Dividend | J | T | | | | | |
| 32. Northwestern Mutual (whole life policy #1) | C | Dividend | L | T | | | | | |
| 33. Northwestern Mutual (whole life policy #3) | A | Dividend | J | T | | | | | |
| 34. First Tennessee Bank (savings) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Latta, Jennie D. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. First Tennessee Bank (checking) | A | Interest | J | T | | | | | |
| 36. Baccalaureate Education System Trust (#3) | | None | J | T | | | | | |
| 37. Baccalaureate Education System Trust (#3) | | | | | Donated | 08/01/12 | | | |
| 38. Baccalaureate Education System Trust (#4) | | None | J | T | Redeemed (part) | 01/16/12 | J | A | |
| 39. -Baccalaureate Education System Trust (#4) | | | | | Redeemed | 08/15/12 | J | A | |
| 40. Baccalaureate Education System Trust (#5) | | None | K | T | | | | | |
| 41. Baccalaureate Education System Trust (#6) | | None | K | T | | | | | |
| 42. Volvo depositary receipt | A | Dividend | J | T | | | | | |
| 43. Office furniture, fixtures, equipment | | None | J | W | | | | | |
| 44. Raymond James SEP IRA | | | | | | | | | |
| 45. -American Funds Capital World Growth and Income | A | Dividend | K | T | | | | | |
| 46. -American Funds Growth Fund of America | A | Dividend | K | T | | | | | |
| 47. -Cash or equivalents | A | Int./Div. | K | T | | | | | |
| 48. Morgan Stanley Smith Barney (brokerage account) | | | | | | | | | |
| 49. - American Funds Washington Mutual Fund | A | Dividend | J | T | | | | | |
| 50. Family Trust | | | L | T | | | | | |
| 51. -Family Trust | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Latta, Jennie D. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Family Trust | D | Distribution | | | | | | | |
| 53. -Citibank NA South Dakota Bank Deposit Program | | | | | | | | | |
| 54. -Bond Fund of America Class A | | | | | Redeemed (part) | 02/17/12 | J | | |
| 55. -Longleaf Partners Fund | | | | | Redeemed (part) | 02/17/12 | J | | |
| 56. -Longleaf Partners Fund | | | | | Redeemed (part) | 03/20/12 | J | | |
| 57. -Mutual Beacon Fund | | | | | Redeemed (part) | 02/17/12 | J | | |
| 58. -Mutual Beacon Fund | | | | | Redeemed (part) | 04/30/12 | J | | |
| 59. -American Funds Washington Mutual Investors Fund | A | Dividend | J | T | | | | | |
| 60. First Tennessee (Checking #2) | | None | J | T | | | | | |
| 61. Wal-Mart common stock | A | Dividend | J | T | | | | | |
| 62. American Funds 529 Plan | A | Dividend | J | T | | | | | |
| 63. -Washington Mutual | | | | | Buy (add'l) | 01/20/12 | J | | |
| 64. -Washington Mutual | | | | | Buy (add'l) | 02/17/12 | J | | |
| 65. -Washington Mutual | | | | | Buy (add'l) | 03/16/12 | J | | |
| 66. -Washington Mutual | | | | | Buy (add'l) | 04/20/12 | J | | |
| 67. -Washington Mutual | | | | | Buy (add'l) | 06/22/12 | J | | |
| 68. -Washington Mutual | | | | | Buy (add'l) | 07/20/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Latta, Jennie D. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Washington Mutual | | | | | Buy (add'l) | 08/17/12 | J | | |
| 70. -Washington Mutual | | | | | Buy (add'l) | 09/21/12 | J | | |
| 71. -Washington Mutual | | | | | Buy (add'l) | 10/19/12 | J | | |
| 72. -Washington Mutual | | | | | Buy (add'l) | 11/16/12 | J | | |
| 73. -Washington Mutual | | | | | Buy (add'l) | 12/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Latta, Jennie D. | 05/08/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

At line 47, Section VII. Morgan Keegan was merged with Raymond James, and the prior SIMPLE IRA was combined with the SEP IRA.

| Name of Person Reporting | Date of Report |
|---|---|
| Latta, Jennie D. | 05/08/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jennie D. Latta**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544